# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Lynda Mercer               ) | | |
|     *Plaintiff*        ) | | |
|                            ) | | |
| v.                         ) | Case No. | 3:16-cv-00306-JHM |
|                            ) | | |
| Portfolio Recovery Associates, LLC  ) | | |
|     *Defendant*       ) | | |
|                            ) | | |

### NOTICE OF SETTLEMENT

    Please take notice that Plaintiff, Lynda Mercer, has reached a settlement with Defendant Portfolio Recovery Associates, LLC, in this case. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice.

    Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Lynda Mercer*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 3rd day of November, 2016, I electronically filed the foregoing Notice of Settlement via U.S. Mail via the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Joseph N. Tucker
Marisa E. Main
*Dinsmore & Shohl LLP*
101 South Fifth Street, Suite 2500
Louisville, KY 40202
*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

                                      /s/ James H. Lawson
                                      *Counsel for Plaintiff*
                                      *Lynda Mercer*